# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| AARON UNGER,<br><br>    Plaintiff,<br><br>vs.<br><br>LANDMARK INFRASTRUCTURE PARTNERS LP, ARTHUR P. BRAZY, JR., MATTHEW P. CARBONE, JAMES F. BROWN, EDMOND G. LEUNG, KEITH BENSON, THOMAS CAREY WHITE III, and GERALD A. TYWONIUK,<br><br>    Defendants. | Case No.: 2:21-cv-07849<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Aaron Unger ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: January 10, 2022             **BRODSKY & SMITH**

                                  By:   */s/ Evan J. Smith*
                                        Evan J. Smith
                                        9595 Wilshire Blvd., Ste. 900
                                        Beverly Hills, CA 90212
                                        Phone: (877) 534-2590
                                        Facsimile (310) 247-0160

                                        *Attorneys for Plaintiff*